**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Texas

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Reytech Services, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  27-3902307

**4. Debtor's address**

**Principal place of business**

Po Box 540252
Number    Street

Grand Prairie, TX 75054-0252
City           State    ZIP Code

Tarrant
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City           State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City           State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:  Limited Liability Company

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **1**

Debtor   Reytech Services, LLC   Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  2  3  7  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                         MM / DD / YYYY<br>          District _____  When _____  Case number _____<br>                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>          District _____  When _____<br>                                                          MM / DD / YYYY<br>          Case number, if known _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor __Reytech Services, LLC_____  Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  Reytech Services, LLC  
      Name

Case number *(if known)* _____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/17/2022  
            MM/ DD/ YYYY

X  /s/ Doug Patterson  
Signature of authorized representative of debtor

Printed name: Doug Patterson

Title  Company Owner

**18. Signature of attorney**

X  /s/ Clayton L. Everett  
Signature of attorney for debtor

Date  02/17/2022  
    MM/ DD/ YYYY

Clayton L. Everett  
Printed name

Norred Law, PLLC  
Firm name

515 E. Border  
Number    Street

Arlington    TX    76010  
City    State    ZIP Code

(817) 704-3984  
Contact phone

clayton@norredlaw.com  
Email address

24065212    TX  
Bar number    State

---

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Reytech Services, LLC**            CASE NO

                                                                                                         CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     02/17/2022     Signature              /s/ Doug Patterson
                                                                              Doug Patterson, Company Owner

ATTORNEY GENERAL
TEXAS ATTORNEY
GENERAL'S OFFICE
BANKRUPTCY-COLLECTION
DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

ATTORNEY GENERAL OF THE
UNITED STATES
OFFICE OF THE ATTORNEY
GENERAL
MAIN JUSTICE BUILDING,
ROOM 5111
10TH & CONSTITUTION
AVENUE, N.W.
WASHINGTON, DC 20530

COMPTROLLER OF PUBLIC
ACCOUNTS
STATE COMPTROLLER OF
PUBLIC ACCOUNTS
REVENUE ACCOUNTING
DIVISION-BANKRUPTYCY
SECTION
PO BOX 13528
AUSTIN, TX 78711-3528

INTERNAL REVENUE
SERVICE
SPECIAL PROCEDURES-
INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

NORRED LAW, PLLC
NORRED LAW, PLLC
515 E. BORDER
ARLINGTON, TX 76010

UNITED STATES ATTORNEY
OFFICE OF THE UNITED
STATES ATTORNEY
1100 COMMERCE STREET 3RD
FLOOR
DALLAS, TX 75242-1699

UNITED STATES TRUSTEE
OFFICE OF THE UNITED
STATES TRUSTEE
1100 COMMERCE ST STE 976
DALLAS, TX 75242-1699

ACT PIPE & SUPPLY
P.O. BOX 301282
DALLAS, TX 75303-1282

ADVANTAGE REDI-MIX LLC
PO BOX 43712
SEVEN POINTS, TX 75143

AGG
3228 HALIFAX STREET
DALLAS, TX 75247

ALLIANCE TRUCKING LP
721 111TH STREET
ARLINGTON, TX 76011

AUSTIN ASPHALT INC
6330 COMMERCE DR STE. 150
IRVING, TX 75063

BUYERS BARRICADES INC
PO BOX 733729
DALLAS, TX 75373-3729

CITY OF WEATHERFORD
PO BOX 255
WEATHERFORD, TX 76086

CITY OF WHITE SETTLEMENT
214 MEADOW PARK DR
WHITE SETTLEMENT, TX 76108

FAMBRO CONSTRUCTION
3125 CR 456
STEPHENVILLE, TX 76401

FERGUSON
PO BOX 847411 D
ALLAS, TX 75284-7411

FORTILINE WATERWORKS
PO BOX 841499
DALLAS, TX 75284

HOLT CAT
PO BOX 650345
DALLAS, TX 75265-0345

K&S INSURANCE AGENCY
PO BOX 277
ROCKWALL, TX 75087

MARTIN MARIETTA
P.O. BOX 677061
DALLAS, TX 75267

NORTHEASTERN PAVERS LLC
PO BOX 566
GRANBURY, TX 76048

PATCO EQUIPMENT CO
2000 FM5
ALEDO, TX 76008

PATCON SERVICES LLC
PO BOX 470930
FORT WORTH, TX 76147

QUALITY TRUCKING OF
LITTLE ROCK, LLC
P.O. BOX 242629
LITTLE ROCK, AR 72223

SILVER CREEK MATERIALS
P.O. BOX 150665
FORT WORTH, TX 76108

SUPER SURFACE ARCHITECTURAL CONCRETE
125 CALVERLY PLACE
KELLER, TX 76248

THE ORGANIC RECYCLER
4825 FOREST HILL CIRCLE
FOREST HILL, TX 76140

THOMPSON PIPE GROUP DALLAS
800 CR 209
ALVARADO, TX 76009

TOMMY ELECTRIC LLC
4625 LATOUR LN
COLLEYVILLE, TX 75054

WHITE CAP
PO BOX 4852
ORLANDO, FL 32802-4852

ABELARDO ALVAREZ
6521 YORKSHIRE DR
FOREST HILL, TX 76119

ALFONSO TORRES
1247 N TILLERY AVE
DALLAS, TX 75211

ALFREDO MORENO
1731 ACOSTA ST
GRAND PRAIRIE, TX 75051

ANTONIO R HERNANDEZ
4915 MEXICANA DR
DALLAS, TX 75212

ARRIANNA D LOERA
1501 GEORGE GREGG ST
MARSHALL, TX 75670

ARTURO LONGORIA
5616 HIETT CT
FORT WORTH, TX 76112

BENITO M GARCIA
805 NETHERLAND DR
ARLINGTON, TX 76017

CESAR SOTO
1502 DALE DR
ARLINGTON, TX 76010

CHASE D PATTERSON
4533 FRANKO SWITCH RD
WEATHERFORD, TX 76088

CLEMENTE OLGUIN
3418 N PECAN ST
FT WORTH, TX

DANIEL TREJO
1140 PUMPKIN DR
FORT WORTH, TX 76114

DAVID PEREZ
2555 PEAK ST
FT WORTH, TX 76106

DONALD NEWMAN
1041 HIAWATHA COURT
SAGINAW, TX 76131

DOUGLAS E PATTERSON
2000 S FM5
ALEDO, TX 76008

EDGAR ALVAREZ ZAPATA
6521 YORKSHIRE DR
FOREST HILL, TX 76119

EDGAR ESCALERA
435 PRAIRIE LN
AZLE, TX 76020

EDMUNDO G CASTRO
401 SW 16TH ST
GRAND PRAIRIE, TX 75050

ELEAZAR FAZ
622 HOLCOMB RD
DALLAS, TX 75217

ESMERALDA REYES
2864 N HAMPTON DR
GRAND PRAIRIE, TX 75052

EVERARDO J PERALES
14068 FOX CHASE DR
FORNEY, TX 75123

FLORIBERTO GUZMAN
208 MORRIS ST SULPUR SPRINGS, TX 75482

FRANCISCO GONZALEZ
3858 GROVER AVE
FT WORTH, TX 76106

GERARDO COMPEAN-GALICIA
1402 HENDRICKS
DALLAS, TX 75216

HEATHER C EMERY
3705 ARBORLAWN DR
FT WORTH, TX 76109

HILARIO GONZALEZ
3858 GROVER AVE
FT WORTH, TX 76106

| | | |
|---|---|---|
| HUMBERTO MIRANDA<br>3325 HARDEMAN ST<br>FT WORTH, TX 76119 | JOSE MARTINES<br>4524 VIA JAMES JACOB<br>DALLAS, TX 75211 | MARTIN GARCIA<br>3325 HARDEMAN ST<br>FT WORTH, TX 76119 |
| ISMAEL TREJO<br>1140 PUMKIN DR<br>FT WORTH, TX 76117 | JOSE MUNOZ<br>3422 N PECAN ST<br>FORT WORTH, TX 76106 | MARTIN GUIZAR<br>1288 N BAGLEY ST TRA# 61<br>DALLAS, TX 75211 |
| J MATIAS CASTILLO<br>7707 DASCH ST<br>DALLAS, TX 75217 | JUAN A GARCIA<br>805 NETHERLAND DR<br>ARLINGTON, TX 76017 | MAURICIO MIRANDA GARCIA<br>3325 HARDEMAN ST<br>FT WORTH, TX 76119 |
| JAVIER MARTINEZ<br>3501 N BUCKNER BLVD<br>DALLAS, TN 75228 | JUAN IBARRA<br>5725 DONELLY AVE<br>FORT WORTH, TX 76107 | MAURICIO ROMERO<br>4116 BOWLING GREEN ST<br>FOREST HILL, TX 76119 |
| JORGE A GUIZAR<br>1035 PLEASANT VALLEY LN<br>ARLINGTON, TX 76015 | JUAN J MUNOZ<br>3418 N PECAN ST<br>FT WORTH TX 76106 | RAUL GUZMAN<br>708 CONNER AVE<br>FORT WORTH, TX 76105 |
| JORGE IBARRA<br>5725 DONNELLY AVE<br>FT WORTH, TX 76107 | LAZARO GONZALES<br>1140 PUMKIN DR<br>FT WORTH, TX 76114 | RICARDO A ANDAZOLA<br>136 OLD TUNNEL RD<br>ALEDO, TX 76008 |
| JOSE A MORALES<br>3221 JANE LN<br>HALTOM CITY, TX 76117 | LUIS F SOTO<br>2308 NEWBURY DR<br>ARLINGTON, TX 76014 | RICARDO ORTA<br>157 OAK HILL DR<br>WEATHERFORO, TX 76087 |
| JOSE F MORENO<br>606 W INWOOD DR<br>ARLINGTON, TX 76010 | LUIZ GODINES<br>708 CONNER AVE<br>FORT WORTH, TX 76105 | ROBERTO MARTINEZ<br>3210 SPURLOCK ST<br>DALLAS, TX 75223 |
| JOSE J MIRANDA<br>3325 HARDEMAN ST<br>FORT WORTH, TX 76119 | MANUEL MENDOZA<br>2707 W 10TH ST<br>DALLAS, TX 75211 | ROBERTO MORALES<br>3325 HARDEMAN ST<br>FORT WORTH, TX 76119 |
| JOSE LARA<br>7631 MARY DAN DR<br>DALLAS, TX 75217 | MARIANO O HERNANDEZ<br>3325 HARDEMAN ST<br>FORT WORTH, TX 76119 | ROGELIO IBARRA PADILLA<br>708 CONNER AVE<br>FORT WORTH, TX 76105 |

TROY A LOWE
216 APPALOOSA ST
WILLOW PARK, TX 76087


VALENTIN FACUNDO
1532 POCONO TRAIL
DALLAS, TX 75217


ZENON GONZALES
1140 PUMKIN DR
FT WORTH, TX 76114


AJ CONTRACTING
2864 N HAMPTON DR
GRAND PRAIRIE, TX 75052


DAVID'S MOBILE SERVICES
506 GEMINI CT B
ARLINGTON, TX 76011


DOUG HENDERSON
8027 LONESTAR RD,
WEATHERFORD, TX 76088


KIRK LAMINACK
105 CANYON CT
WILLOW PARK, TX 76087