5:28 PM
02/15/22
Accrual Basis

# Reytech Services, LLC
## Profit & Loss
### August 2021

|  | Aug 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 1,272,520.00 |
| **Total Income** | 1,272,520.00 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | 288,705.91 |
| Other Construction Costs | 449.67 |
| Subcontractors Expense | 84,647.20 |
| Tools and Equipment | 3,057.89 |
| Worker's Compensation Insurance | 2,393.00 |
| **Total COGS** | 379,253.67 |
| **Gross Profit** | 893,266.33 |
| **Expense** | |
| Auto Allowance | 7,194.00 |
| Auto and Truck Expenses | 4,864.61 |
| Bank Service Charges | 135.00 |
| Computer and Internet Expenses | 1,486.67 |
| Damage Claims | 500.00 |
| Gas and Oil | 6,667.78 |
| Group Health Ins | 3,583.10 |
| Insurance Expense | 11,061.40 |
| Office Supplies | 2,766.30 |
| Outside Services | 31,858.70 |
| Payroll Expenses | 219,859.89 |
| Postage and Delivery | 296.79 |
| Professional Fees | 1,003.91 |
| Rent Expense | 5,143.88 |
| Repairs and Maintenance | 13,489.84 |
| Telephone Expense | 433.56 |
| Utilities | 890.02 |
| **Total Expense** | 311,235.45 |
| **Net Ordinary Income** | 582,030.88 |
| **Net Income** | **582,030.88** |

5:27 PM
02/15/22
Accrual Basis

# Reytech Services, LLC
## Profit & Loss
### September 2021

|  | Sep 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 762,529.67 |
| **Total Income** | 762,529.67 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | 97,215.75 |
| Other Construction Costs | 48,984.46 |
| Subcontractors Expense | 137,274.97 |
| Tools and Equipment | 16,552.00 |
| Worker's Compensation Insurance | 1,780.00 |
| **Total COGS** | 301,807.18 |
| **Gross Profit** | 460,722.49 |
| **Expense** | |
| Auto Allowance | 4,386.00 |
| Auto and Truck Expenses | 1,989.00 |
| Bank Service Charges | 215.00 |
| Computer and Internet Expenses | 97.24 |
| Gas and Oil | 1,742.08 |
| Group Health Ins | 3,583.10 |
| Insurance Expense | 4,923.52 |
| Office Supplies | -177.31 |
| Outside Services | 6,140.55 |
| Payroll Expenses | 61,159.34 |
| Postage and Delivery | 130.25 |
| Repairs and Maintenance | 0.00 |
| Telephone Expense | 353.99 |
| Utilities | 100.00 |
| **Total Expense** | 84,642.76 |
| **Net Ordinary Income** | 376,079.73 |
| **Net Income** | **376,079.73** |

5:27 PM
02/16/22
Accrual Basis

# Reytech Services, LLC
## Profit & Loss
October 2021

|  | Oct 21 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Construction Income | 515,692.66 |
| Other Income | 1.11 |
| **Total Income** | 515,693.77 |
| **Cost of Goods Sold** |  |
| Construction Materials Costs | 66,750.62 |
| Other Construction Costs | 25,321.89 |
| Subcontractors Expense | 230,591.12 |
| Tools and Equipment | 3,691.00 |
| **Total COGS** | 326,354.63 |
| **Gross Profit** | 189,339.14 |
| **Expense** |  |
| Bank Service Charges | 95.00 |
| Business Licenses and Permits | 385.00 |
| Computer and Internet Expenses | 10.65 |
| Gas and Oil | 100.00 |
| Insurance Expense | 2,214.93 |
| Repairs and Maintenance | 0.00 |
| Telephone Expense | 338.02 |
| Utilities | 271.38 |
| **Total Expense** | 3,414.98 |
| **Net Ordinary Income** | 185,924.16 |
| **Net Income** | **185,924.16** |

5:26 PM
02/16/22
Accrual Basis

# Reytech Services, LLC
## Profit & Loss
### November 2021

|  | Nov 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 684,708.67 |
| Other Income | 0.05 |
| **Total Income** | 684,708.72 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | 402,350.83 |
| Direct Labor | 58,634.53 |
| Other Construction Costs | 17,959.78 |
| Subcontractors Expense | 411,771.27 |
| Tools and Equipment | 2,033.51 |
| **Total COGS** | 892,749.92 |
| **Gross Profit** | -208,041.20 |
| **Expense** | |
| Auto and Truck Expenses | 974.25 |
| Bank Service Charges | 95.00 |
| Computer and Internet Expenses | 118.89 |
| Insurance Expense | 2,044.55 |
| Repairs and Maintenance | 0.00 |
| Utilities | 209.62 |
| **Total Expense** | 3,442.31 |
| **Net Ordinary Income** | -211,483.51 |
| **Net Income** | **-211,483.51** |

5:26 PM
02/15/22
Accrual Basis

# Reytech Services, LLC
## Profit & Loss
### December 2021

|  | Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 381,005.67 |
| Other Income | 0.02 |
| **Total Income** | 381,005.69 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | 683.81 |
| Equipment Rental for Jobs | 137,500.00 |
| Subcontractors Expense | 729,322.18 |
| Tools and Equipment | 72.22 |
| **Total COGS** | 867,578.21 |
| **Gross Profit** | -486,572.52 |
| **Expense** | |
| Bank Service Charges | 107.00 |
| Insurance Expense | 1,143.91 |
| Interest Expense | 501.87 |
| late payment fees | 152.27 |
| Miscellaneous Expense | -911.29 |
| Repairs and Maintenance | 0.00 |
| **Total Expense** | 993.76 |
| **Net Ordinary Income** | -487,566.28 |
| **Other Income/Expense** | |
| **Other Income** | |
| Gain/loss on the sale of assets | -42,852.61 |
| **Total Other Income** | -42,852.61 |
| **Net Other Income** | -42,852.61 |
| **Net Income** | **-530,418.89** |

5:26 PM
02/15/22
Accrual Basis

# Reytech Services, LLC
## Profit & Loss
January 2022

|  | Jan 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 179,499.75 |
| Other Income | 0.01 |
| **Total Income** | 179,499.76 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | -141,861.52 |
| Subcontractors Expense | 317,086.04 |
| Tools and Equipment | 474.01 |
| **Total COGS** | 175,698.53 |
| **Gross Profit** | 3,801.23 |
| **Expense** | |
| Bank Service Charges | 107.00 |
| Miscellaneous Expense | 0.00 |
| **Total Expense** | 107.00 |
| **Net Ordinary Income** | 3,694.23 |
| **Net Income** | **3,694.23** |