Exhibit A

REYTECH SERVICES LLC EMERGENCY OPERATING BUDGET-1 Month

| CATEGORY | Week 1 2-21 to 2-25 | Week 2 2-28 to 3-4 | Week 3 3-7 to 3-11 | Week 4 3-14 to 3-18 | Total |
|---|---|---|---|---|---|
| **INCOME** | | | | | |
| A/R Collections-Operations | $ 66,000.00 | $ 170,000.00 | $ 147,000.00 | $ 189,000.00 | $ 572,000.00 |
| A/R Collections Potentially from Seized funds/Retainage | | | $ 265,000.00 | | $ 265,000.00 |
| | | | | **TOTAL INCOME** | **$ 837,000.00** |
| **EXPENSES** | | | | | |
| Auto Allowance | | | | $ 7,194.00 | $ 7,194.00 |
| Auto and Truck Expense | | | | $ 4,864.00 | $ 4,864.00 |
| Computer and Internet Expense | | | | $ 1,486.00 | $ 1,486.00 |
| Gas & Oil | $ 1,666.00 | $ 1,666.00 | $ 1,666.00 | $ 1,666.00 | $ 6,664.00 |
| Group Health | $ 3,583.00 | | | | $ 3,583.00 |
| Insurance Expense | | $ 11,061.40 | | | $ 11,061.40 |
| Office Supplies | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 2,800.00 |
| Outside Services | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 32,000.00 |
| Payroll Expense | $ 80,000.00 | $ 80,000.00 | $ 80,000.00 | $ 80,000.00 | $ 320,000.00 |
| Postage and Delivery | | | $ 400.00 | | $ 400.00 |
| Professional Fees | | | | $ 1,200.00 | $ 1,200.00 |
| Rent Expense | | | | $ 5,100.00 | $ 5,100.00 |
| Repairs and Maintenance | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 |
| Telephone Expense | $ 450.00 | | | | $ 450.00 |
| Utilities | | | $ 900.00 | | $ 900.00 |
| Equipment Rental | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 52,000.00 |
| | | | | **TOTAL EXPENSES** | **$ 463,702.40** |